### 43972. NEVELS v. ENGRAM.

DEEN, Judge. The only ruling appealed from in this case is one sustaining a motion to dismiss the defendant's cross action. This is not an appealable judgment. *Code Ann.* § 6-701; *Norbo Trading Corp. v. Wohlmuth,* 223 Ga. 258 (154 SE2d 224).

*Appeal dismissed. Jordan, P. J., and Pannell, J., concur.*

ARGUED OCTOBER 9, 1968—DECIDED NOVEMBER 12, 1968.

Lewis O. Nevels, *pro se.*

B. *Sam Engram, Jr.,* for appellee.